IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-mj-70848 HRL |
| Plaintiff, | ) ) | [XXXXXXXX] ORDER CONTINUING PRELIMINARY HEARING RE |
| vs. | ) ) | REVOCATION OF SUPERVISED RELEASE |
| TRUNEL BUTLER, | ) ) | |
| Defendant. | ) ) | **Hon. Patricia V. Trumbull** |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the preliminary hearing currently scheduled for Thursday, October 15, 2009, at 9:30 a.m., shall be continued to Thursday, October 29, 2009, at 2:00 p.m.

Dated: October 15, 2009

_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Continuing Preliminary Hearing
re Revocation of Supervised Release        1